AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| 888 DIGITAL, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 06-5512 (JAG) |
| MOON SONG a/k/a MIKE SONG d/b/a BAY ELECTRON CO., ) | |
| and UNION BANK OF CALIFORNIA, N.A. ) | |
| *Defendant* ) | |

CV 10 80 142 MISC  JSW

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* February 22, 2010.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 6/16/2010

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Case 2:06-cv-05512-JAG-MCA Document 23 Filed 02/22/10 Page 1 of 2



Mark A. Saloman, Esq.
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200
973.274.3299 (Fax)
Mark A. Saloman, Esq.
Attorneys for Plaintiff 888 Digital, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| 888 DIGITAL, INC., | ) |
| Plaintiff, | ) Civil Action No. 06-5512 (JAG) |
| v. | ) |
| MOON SONG a/k/a MIKE SONG d/b/a BAY ELECTRON CO., and UNION BANK OF CALIFORNIA, N.A., | ) **DEFAULT JUDGMENT** |
| Defendants. | ) |

This action having been commenced by the filing and serving of a Summons and Complaint on November 16, 2006, and a copy of the Summons and Complaint having been served on the defendant, Moon Song a/k/a Mike Song d/b/a Bay Electron Co., on January 3, 2007, and proof of such service having been filed on January 19, 2007, and the defendant, Moon Song a/k/a Mike Song d/b/a Bay Electron Co., not having answered the Summons and Complaint, and the time for answering the Summons and Complaint having expired, and the Court having granted the Plaintiff's Motion for Default Judgment on July 18, 2008, it is

**ORDERED, ADJUDGED AND DECREED:** That the Plaintiff, 888 Digital, Inc. have judgment against defendant, Moon Song a/k/a Mike Song d/b/a Bay Electron Co., in the amount

Case 2:06-cv-05512-JAG-MCA Document 23 Filed 02/22/10 Page 2 of 2

of $30,410.08, together with the costs of suit of $540.00 as set forth in the accompanying Bill of Costs, and that the Plaintiff shall have execution on the total Judgment amount of $30,950.08.

Dated: February 22, 2010

Joseph A. Greenway, Jr., U.S.D.J.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK

By _____ 6/16/2010
Deputy Clerk

Certified as a true copy on
This Date: 6/7/10
By _____
( ) Clerk
(X) Deputy

6473/26712-001 Current/17419793v1           2